IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01807-AP

Ronald A. Leiker,

      Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Richard C. Losh, Esq.
1525 Josephine Street
Denver, CO  80206
(303) 320-6821
(303) 320-6823 (fax)

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  September 12, 2006

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  October 18, 2006

    **C.    Date Answer and Administrative Record Were Filed**:  November 30, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff wishes to submit additional evidence attached to his Opening Brief.

Defendant states that there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**          January 9, 2007

    **B.    Defendant's Response Brief Due:**       February 8, 2007

    **C.    Plaintiff's Reply Brief (If Any) Due:**   February 23, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**  Plaintiff requests oral argument.

    **B.     Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 18th day of December, 2006.

                             BY THE COURT:

                             S/John L. Kane
                             U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Richard C. Losh  
Richard C. Losh, Esq.  
1525 Josephine Street  
Denver, CO  80206  
(303) 320-6821  
rcatonlosh@msn.com  

Attorney for Plaintiff

WILLIAM J. LEONE  
UNITED STATES ATTORNEY  

s/ Kurt J. Bohn  
KURT J. BOHN  

Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov  

s/ Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorney for Defendant(s)